950 A.2d 903

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RA-SHAWN WHITE, A/K/A SHAWNDELL DAVIS, JOHN DOE, SA-HEED FELDER, RASHAN WHITE, DEFENDANT–PETITION-ER.

April 8, 2008.

It is ORDERED that the petition for certification is granted, limited solely to the issue of the admissibility of the statement defendant made while in custody; and it is further

ORDERED that in respect of that issue, the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. O'Neill,* 193 *N.J.* 148, 936 *A.2d* 438 (2007).

950 A.2d 903

BOB MEYER COMMUNITIES INC., AND THOMPSON HOMES INC., PLAINTIFFS–PETITIONERS, v. STONE HARBOR LAKES, LLC., TRIAD III, LLC., WILLIAM P. BOWMAN, APACHE DE-VELOPMENT, LLC. AND GORDON SHAFFNER, DEFEN-DANTS–RESPONDENTS.

May 6, 2008.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of *Wein v. Morris,* 194 *N.J.* 364, 944 *A.2d* 642 (2008).